RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
monique_kirtley@fd.org

Attorney for PATRICK HENRY RYBICKI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK HENRY RYBICKI,<br><br>        Defendant. | Case No. 2:17-mj-01115-CWH-1<br><br>**STIPULATION TO CONTINUE BENCH TRIAL DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Patrick Henry Rybicki, that the Bench Trial currently scheduled for Wednesday, April 4, 2018 at 9:00 a.m.,., be vacated and set to a date and time convenient to this court but no sooner than sixty 60 days .

The Stipulation is entered into for the following reasons:

1. The defendant is not in custody and does not oppose the continuance.

2. Counsel for the defendant has been diligent in reviewing and investigating discovery, case preparation and negotiations. However, additional time is needed to allow counsel for the defendant sufficient time to complete the processes.

3. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively complete these important pretrial preparations, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B).

This is the first stipulation to continue filed herein.

DATED this 16th day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender<br>Counsel for PATRICK HENRY RYBICKI | */s/ Patrick Burns*<br>By_____<br>PATRICK BURNS<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HENRY RYBICKI,<br><br>DEFENDANT. | Case No. 2:17-mj-01115-CWH-1<br><br>FINDINGS OF FACT,<br>CONCLUSIONS OF LAW AND<br>ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The defendant is not in custody and does not oppose the continuance.

1. Counsel for the defendant has been diligent in reviewing and investigating discovery, case preparation and negotiations. However, additional time is needed to allow counsel for the defendant sufficient time to complete the processes.

2. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively complete these important pretrial preparations, taking into account the exercise of due diligence.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B).

This is the first stipulation to continue filed herein.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for Wednesday, April 4, 2018 at 9:00 a.m.,: be vacated and continued to June 20, 2018 at the hour of 9:00 a.m.

DATED this March 20, 2018.

_____
UNITES STATES MAGISTRATE JUDGE